IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:     *

MICHAEL WHITE and CONNIE     *    Case No. 08-13686
WHITE,
    *

    Debtors.

## AMENDMENT TO SCHEDULES A AND C

Debtors hereby amend their Schedules A and C as follows:

    Schedule A:    Change the amount of the secured claim owed against their homeplace to $88,100 from $88,102.

    Schedule C:    Claim the cash surrender value of his life insurance exempt under Alabama Code §6-10-8 rather than §6-10-6.

A true and correct copy of the amended Schedules A and C are attached hereto.

We, Michael White and Connie White, named as the Debtors in this case, declare under penalty of perjury that we have read the foregoing amended Schedules A and C, and that they are true and correct to the best of our information and belief.

Date: November 7, 2008                        /s/ Michael White
                                                         MICHAEL WHITE

                                                         /s/ Connie White
                                                         CONNIE WHITE

/s/ Barry L. Thompson
Barry L. Thompson

SILVER, VOIT & THOMPSON,
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
bthompson@silvervoit.com
LS-7481-12640/lmm

Attorneys for Debtors, Michael and Connie White

CERTIFICATE OF SERVICE

I, Barry L. Thompson, do hereby certify that I have served a copy of the foregoing pleading upon Lynn Harwell Andrews, P.O. Box 2094, Fairhope AL 36533 via electronic mailing, on this the _____ day of November, 2008.

/s/ Barry L. Thompson
Barry L. Thompson

B6A (Official Form 6A) (12/07)

In re: Michael David White   Connie Anne White
                              Debtors

Case No. _____ (If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 105 Eagle Drive<br>Daphne, AL 36526<br>Home purchased for $65,000 | Fee Owner | J | $ 105,000.00 | $ 88,100.00 |
| | | Total ➤ | $ 105,000.00 | |

(Report also on Summary of Schedules.)

In re  Michael David White   Connie Anne White                                  Case No. _____
                          Debtors                                                          (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 105 Eagle Drive<br>Daphne, AL 36526<br>Home purchased for $65,000 | Ala. Code § 6-10-2 | 10,000.00 | 105,000.00 |
| 2006 Dodge Caravan | Ala. Code § 6-10-6 | 1.00 | 10,000.00 |
| 2006 Nissan Titan | Ala. Code § 6-10-6 | 1.00 | 14,500.00 |
| 22 handgun - $50<br>3 357 handguns - $150<br>9 mm handgun - $50<br>12 gauge Shotgun - $50<br>22 rifle - $50<br>30/30 rifle - $50 | Ala. Code § 6-10-6 | 400.00 | 400.00 |
| 401(k) through Previous Employer | Ala. Code § 6-10-6 | 6,000.00 | 6,000.00 |
| 401(k) through Previous Employer | Ala. Code § 6-10-6 | 25,000.00 | 25,000.00 |
| Assorted Clothing | Ala. Code § 6-10-6 | 150.00 | 150.00 |

B6C (Official Form 6C) (12/07) - Cont.

In re  Michael David White   Connie Anne White                             Case No. _____
                            Debtors                                                  (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Bed - $75<br>3 TVs - $90<br>2 nightstands - $40<br>2 dressers - $100<br>bakers rack - $20<br>bunk bed - $50<br>futon - $50<br>1 computers - $50<br>1 monitors - $25<br>3 printers - $75<br>2 desks - $100<br>5 bookcases - $100<br>2 file cabinets - $40<br>2 laptops - $150<br>copy machine - $50<br>scanner - $25<br>2 refrigerators - $125<br>microwave - $25<br>freezer - $75<br>table and 6 chairs - $125<br>2 curio cabinets - $125<br>treadmill - $50<br>washer - $75<br>dryer - $100<br>2 couches - $125<br>1 coffee table - $50<br>2 end tables - $50<br>recliner - $50<br>2 card tables - $25<br>8 folding chairs - $50<br>2 video cabinets - $50<br>3 Cameras - $75 | Ala. Code § 6-10-6 | 2,215.00 | 2,215.00 |
| Cash | Ala. Code § 6-10-6 | 50.00 | 50.00 |
| Cash Fund - Scottrade | Ala. Code § 6-10-6 | 156.00 | 156.00 |
| Checking Account - RBC Centura Bank | Ala. Code § 6-10-6 | 85.00 | 85.00 |
| Checking Account - Regions Bank | Ala. Code § 6-10-6 | 300.00 | 300.00 |
| Economic Stimulus Refund | Ala. Code § 6-10-6 | 1,500.00 | 1,500.00 |
| Life Insurance - Cash Surrender Value | Ala. Code §§ 6-10-8, 27-14-29 | 18,000.00 | 18,000.00 |
| Life Insurance - Term Life | Ala. Code §§ 6-10-8, 27-14-29 | 100.00 | 100.00 |
| State of Alabama Tax Refund | Ala. Code § 6-10-6 | 416.00 | 416.00 |

B6C (Official Form 6C) (12/07) - Cont.

In re   Michael David White   Connie Anne White                                   Case No. _____
                                    Debtors                                                      (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Watch - $25<br>Wedding Ring - $100<br>Watch - $25<br>Costume Jewelry - $25 | Ala. Code § 6-10-6 | 175.00 | 175.00 |